KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SCOTT H. WYCKOFF, State Bar No. 191367
Supervising Deputy Attorney General
CONNIE A. BROUSSARD, State Bar No. 228237
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone: (559) 477-1676
 Fax:  (559) 445-5106
 E-mail:  Connie.Broussard@doj.ca.gov
*Attorneys for Defendant California
Department of Forestry and Fire Protection*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUZANNE CRAMER,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION; JAMES FORGA, an individual; and CASSANDRA LUCKE, an individual,**<br><br>　　　　　　　　　　　Defendant. | 1:11-cv-00502--SMS<br><br>**STIPULATION AND ORDER RE FILING OF DEFENDANTS' RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT**<br><br>Judge　　　The Honorable Sandra Snyder<br>Action Filed:　March 23, 2011 |

　　　The parties herein, by and through their undersigned attorneys, hereby stipulate as follows, if it is acceptable to the court:

　　　Counsel for the parties have agreed that defendants will file their responsive pleadings to Plaintiff's Complaint no later than December 9, 2011.

/ / /

/ / /

/ / /

1

IT IS SO STIPULATED.

Dated: November 9, 2011    KAMALA D. HARRIS
Attorney General of California


     */s/ Connie A. Broussard*
CONNIE A. BROUSSARD
Deputy Attorney General
*Attorneys for Defendant California
Department of Forestry and Fire Protection*


Dated:  November 9, 2011    LAW OFFICES OF WAGNER & JONES LLP


     */s/ Paul C. Mullen*
PAUL C. MULLEN
*Attorneys for Plaintiff Suzanne Cramer*


IT IS SO ORDERED.

   Dated:   **November 10, 2011**          **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE