# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE CRAMER,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF<br>FORESTRY AND FIRE PROTECTION,<br>et al.,<br><br>    Defendants. | 1:11cv00502-- -SMS<br><br>**ORDER TO SHOW CAUSE** |

On September 14, 2011, this Court issued an Order of Reassignment due to the retirement of Senior United States District Court Judge Oliver W. Wanger (Doc. 6). The Order withdrew Judge Wanger's assignment to the action and ordered the parties to affirmatively indicate whether they would consent or decline to the jurisdiction of the assigned United States Magistrate Judge. The parties were ordered to complete and file the Consent/Decline form (Doc. 6-1) within thirty (30) days. Over thirty (30) days have passed and the parties, specifically, plaintiff as defendants were recently served and have not yet appeared in the action, have not filed the required form attached to the Order of September 14, 2011 (Doc. 6-1).

Additionally, on October 19, 2011, court staff verbally advised plaintiff's counsel's staff to either consent or decline, in compliance with Judge Ishii's order of 9/14/11, as soon as possible to avoid an OSC re: sanctions, and memorialized same in the Minute Order dated

10/19/11 (Doc. 9), which docket entry was also e-mailed by court staff to apparent lead counsel for plaintiff Paul C. Mullen at pmullen@wagnerjones.com on 10/25/11 at 11:56 a.m. ~ all attempts to no avail.

Accordingly, plaintiff is ORDERED TO SHOW CAUSE, if any she has, why sanctions should not be imposed for failing to comply with the Court's September 14, 2011, Order (Doc. 6).  Plaintiff SHALL file a written response to this Order to Show Cause within ten (10) days of the date of service of this Order.  <u>Alternatively, plaintiff may comply with this Order to Show Cause by filing the required Consent/Decline form (Doc. 6-1) within ten (10) days of the date of service of this Order.</u>

IT IS SO ORDERED.

**Dated:   November 10, 2011**                    /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE