IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE CRAMER,<br><br>            Plaintiff,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT OF<br>FORESTRY AND FIRE PROTECTION,<br>et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 11-0502 LJO SMS<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Docs. 27, 30.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;

2. VACATES all pending matters and dates, including the March 6, 2012 hearing on defendants' motion to dismiss and the April 24, 2012 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:    February 22, 2012**              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1